THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE KONETSCHNI,

    Plaintiff,

v.

                        3:14-CV-2087
                        (JUDGE MARIANI)

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

FILED
SCRANTON
DEC - 8 2015
PER _____
DEPUTY CLERK

ORDER

AND NOW, THIS 8th DAY OF DECEMBER, 2015, upon review of Magistrate Judge Saporito's Report & Recommendation (Doc. 17) for clear error and manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 17) is **ADOPTED**, for the reasons discussed therein.

2. The Commissioner's decision is **VACATED**.

3. The case is **REMANDED** to an Administrative Law Judge for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] The Government advised the Court that it waives the opportunity to object to this Report & Recommendation. (*See* Doc. 18).